IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA M. SUDHOLT, KYHL A. SUDHOLT, KARA JONES, and BENJAMIN JONES, Individually and on Behalf of Others Similarly Situated,<br><br>　　Plaintiffs,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY AND ITS OFFICERS AND DIRECTORS, JAMES MELVIN JACOBS, RICHARD LOUIS GUEBERT, JR., JENNIFER LYNN VANCE, MILES THORNE KILCOIN, ROBERT HAROLD BATEMAN, PHILIP TIM NELSON, BRIAN KEITH DUNCAN, RICHARD KENNETH CARROLL, LEONARD BRADLEY DAUGHERTY, ROBERT EDWIN KLEMM, JOHN LARRY MILLER, GARY ALLEN SPECKHART, MARK ROGER TUTTLE, KENNETH CHARLES CRIPE, TAMARA DEE HALTERMAN, STEVEN PATRICK KOELLER, KEITH RANDALL MUSSMAN, STEVEN RAY STALLMAN, EARL HARMON WILLIAMS, LARRY WILLIAM DALLAS, ROBERT JOHN FECHT, JEFFREY ROBERT KIRWAN, DON EUGENE MEYER, MARK FREDERICK REICHERT, KENTON LLOYD THOMAS, DENNIS WAYNE GREEN, STEVEN WILLIAM FOUREZ, DAVID LEE SERVEN, BRADLEY ALLEN TEMPLE, RANDY JOSEPH POSKIN, MICHELE RENEE AAVANG, DAVID LEE MEISS, CHAD KENNETH SCHUTZ, STEVEN GENE HOSSELTON, TROY ARNOLD | Case No. 3:22-cv-3064-DWD |

| | |
|---|---|
| UPHOFF, CHRISTOPHER BRUCE HAUSMAN, DALE BRYAN HADDEN, WAYNE ROY ANDERSON, SCOTT FRANCIS HALPIN, DENNIS LEE HUGHES, ROBERT HENRY GEHRKE, JAMES ALFRED ANDERSON, CHARLES MICHAEL CAWLEY, DARRYL ROBERT BRINKMANN, J.C. POOL, and TERRY ALLEN POPE, | ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

## ORDER OF REMAND

**DUGAN, District Judge:**

In accordance with the Notice of Issuance of Mandate (Doc. 79) of the Seventh Circuit Court of Appeals, which issued on November 8, 2023, and was docketed with the Court on that same date, the Court hereby **REMANDS** the case to the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois. All deadlines and hearings are **CANCELLED**. The Clerk of the Court is **DIRECTED** to transmit a certified copy of this Order of Remand to the Circuit Clerk of St. Clair County and to close the case.

**SO ORDERED.**

Dated: November 13, 2023

s/ *David W. Dugan*
―――――――――――――
DAVID W. DUGAN
United States District Judge